ADVANCED INTERIORS, INC. *v.* REDSTONE
DEVELOPMENT CORPORATION ET AL.
(AC 17068)

Lavery, Hennessy and Cretella, Js.

Argued February 18—officially released March 10, 1998

Per Curiam. The judgment is affirmed.

ROGER ROY *v.* UNITED TECHNOLOGIES
CORPORATION, PRATT AND WHITNEY
AIRCRAFT DIVISION, ET AL.
(AC 17230)

Landau, Schaller and Freedman, Js.

Argued February 26—officially released March 24, 1998

Per Curiam. This case is controlled by *Pereira* v. *State*, 228 Conn. 535, 543 n.8, 637 A.2d 392 (1994).

The decision of the workers' compensation review board is affirmed.

DANBURY MALL ASSOCIATES LIMITED PARTNER-
SHIP *v.* FAIR HAIR DESIGN ET AL.
(AC 16909)

Lavery, Spear and Dupont, Js.

Argued February 26—officially released March 24, 1998

Per Curiam. The judgment is affirmed.